NO. 14-14-00555

IN THE FOURTEENTH COURT OF APPEALS
HOUSTON TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/16/2015 7:16:24 AM
CHRISTOPHER A. PRINE
Clerk

LEON LAVIOLETTE and PAMELA LAVIOLETTE,

Appellants,

V.

MICHAEL RUTHERFORD,

Appellee.

Appealed from the 190th District Court,

Harris County, Texas

APPELLANTS' MOTION TO SEAL MEDICAL RECORDS

Jason M. Bone
Texas Bar No. 24001108
P.O. Box 2853
Conroe, TX 77305
Telephone: 936-499-6332
Email: bonejason1@gmail.com

ATTORNEY FOR APPELLANTS,
LEON LAVIOLETTE

APPELLANT REQUESTS ORAL ARGUMENT

NO. 14-14-00555

LEON LAVIOLETTE and PAMELA LAVIOLETTE,

Appellants,

V.

MICHAEL RUTHERFORD,

Appellee.

## IDENTITY OF PARTIES & COUNSEL

Leon Laviolette,
Appellant

Represented by:
Jason M. Bone
Texas Bar No. 24001108
P.O. Box 2853
Conroe, TX 77305
Telephone: 936-499-6332
Email: bonejason1@gmail.com

Michael Rutherford,
Appellee

Represented by:
John W. Palisin
Texas Bar No. 15423700
1225 North Loop West, Suite 100
Houston, Texas 77008
Telephone: 713-354-4510
Facsimile: 866-842-6388

Email: jpalisi1@progressive.com

TABLE OF CONTENTS

IDENTITY OF PARTIES & COUNSEL ...................................................... 2-3

STATEMENT OF THE CASE ................................................................ 5

REQUEST FOR ORAL ARGUMENT ........................................................ 5

REQUEST TO SEAL MEDICAL RECORDS ............................................... 6

PRAYER ........................................................................................ 6

CERTIFICATE OF COMPLIANCE ......................................................... 7

CERTIFICATE OF SERVICE ............................................................... 7

## STATEMENT OF THE CASE

*Nature of the case.* Appellants sued appellee for monetary damages for personal injuries from an automobile collision with Appellee.

*Course of Proceedings.* The trial court dismissed the case for want of prosecution. Appellants filed a notice of appeal. Appellants did not timely file their brief. The appeals court ordered appellant to file his brief along with a motion reasonably explaining why the brief was late on or before February 12, 2015. Appellants did not file the brief or the motion by such date and the appeals court dismissed the case for want of prosecution. Appellants have filed another motion to reinstate which is pending before the appeals court.

*Trial court disposition.* The trial court dismissed the case for want of prosecution.

## STATEMENT ON ORAL ARGUMENT

The Court should grant oral argument because oral argument would give the Court a more complete understanding of the facts presented in this motion to seal.

## REQUEST TO SEAL MEDICAL RECORDS

Appellants, Leon and Pamela Laviolette, request that their attorney, Jason Bone, be allowed to file his personal and private medical records in this court in a sealed manner or in a manner that they cannot be view by the general public on in the Internet or otherwise. The content of the medical records detail medical conditions and treatment for same and offer a reasonable explanation, which the appeal's court has requested, as to why the Appellants' brief was not timely filed.

## PRAYER

For the reasons stated in this motion, Appellants ask the Court to grant this motion and order that Jason Bone may file his private medical records electronically and that such records will be sealed and not available to the general public on the Internet or otherwise.

Respectfully submitted,

Jason M. Bone
State Bar No.: 24001108
P.O. Box 2853
Conroe, TX 77305
Telephone: 936-499-6332
Email: bonejason1@gmail.com
Attorney for Appellants,
Lee and Pamela Laviolette

## CERTIFICATE OF COMPLIANCE

I certify that this document is in a type-face no smaller than 14-point and the word count of the document is 534.

_____
Jason M. Bone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was served on Michael Rutherford through his counsel of record, John W. Palisin by email at jpalisi1@progressive.com on April 16, 2015.

_____
Jason M. Bone